CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAY 2 3 2006
JOHN F. CORCORAN, CLERK
BY: /s/ H. McClure
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LOUIS R. CHAPMAN, | ) | |
| Plaintiff, | ) | Civil Action No. 7:06cv00304 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DANIEL A. BRAXTON, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. §1997e(a); all other pending motions are hereby **DENIED** as **MOOT**; and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for the defendants, if known.

ENTER: This 23rd day of May, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge